*E-Filed 9/23/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LORENZO ARTEAGA, | No. C 10-3546 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| EDWARD C. FLORES, et al., | |
| Respondents. | |

This is a federal habeas corpus action filed by a *pro se* state prisoner pursuant to 28 U.S.C. § 2254. Petitioner was ordered to (1) file a complete application to proceed *in forma pauperis*, or (2) pay the filing fee, by September 12, 2010, or face dismissal of the action. That date having passed, petitioner still has not filed an application or paid the filing fee. Accordingly, the action is DISMISSED without prejudice. The Clerk shall enter judgment in favor of respondents, and close the file.

**IT IS SO ORDERED**.

DATED: September 23, 2010

RICHARD SEEBORG
United States District Judge